■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL OTERO, Appellant. [952 NYS2d 886]—Order, Supreme Court, Bronx County (Megan Tallmer, J.), entered on or about May 5, 2010, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The record supports the court's discretionary upward departure to level three. Initially, we note that defendant's point score was 105, which is nearly enough for a level three adjudication. The court properly determined that the risk assessment instrument did not adequately take into account aggravating factors including the seriousness of the underlying sex crime (*see e.g. People v Schlau*, 60 AD3d 529 [1st Dept 2009], *lv denied* 12 NY3d 712 [2009]). These aggravating factors outweighed any possible mitigating factors cited by defendant. Concur—Andrias, J.P., Saxe, Moskowitz, Abdus-Salaam and Manzanet-Daniels, JJ.

■ KIM CHARLTON BENSON, Respondent, v E. STEPHEN BENSON, Appellant. [953 NYS2d 179]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Saralee Evans, J.), entered on or about July 1, 2011, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated October 18, 2012, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Andrias, J.P., Saxe, Moskowitz, Abdus-Salaam and Manzanet-Daniels, JJ.